# EXHIBIT B

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO  64064-8010

**U.S. Citizenship and Immigration Services**

COW2022003127
PIN: 107711

June 28, 2022

Khaled Alrabe
National Immigration Project of the National Lawyers Guild
2201 Wisconsin Ave. NW, Suite 200
Washington, DC 20007

Dear Khaled Alrabe:

**Important Notification:  During the national COVID-19 response, our capacity to process paper FOIA requests and deliver records by mail will be greatly reduced.**

To sign up for digital release, go to first.uscis.gov, create an account, and register your case using the **Control Number:** COW2022003127 and **PIN:** 107711. Read the enclosed yellow flyer for more details.

We received your request for information relating to data about the application of 8 U.S.C. § 1 182(a)(3)(B), the inadmissibly ground applied to individuals who have allegedly engaged in terrorist activity. Specifically, you requested:

1- The number of adjustment of status applications USCIS denied pursuant to Section 212(a)(3)(B) of the Immigration and Nationality Act (INA), 8 U.S.C. § 1 182(a)(3)(B) between January 1, 2016 and the date that data production for this FOIA request commences.

2- The applicant country of origin for all adjustment of status applications USCIS denied pursuant to Section 212(a)(3)(B) of the Immigration and Nationality Act (INA), 8 U.S.C. § 1 182(a)(3)(B) between January 1, 2016 and the date that data production for this FOIA request commences.

3- Anonymized, individual-level data on every adjustment of status application filed by nationals of Eritrea, Iraq, Iran, India, Libya, Pakistan, Somalia, Sudan, Syria, and Yemen between January 1, 2016 and the date that data production for this FOIA request commences.

a. For each application, we request the following data:

i. Country of origin;

ii. Outcome of application;

iii. Reason for denial noted, where applicable;

iv. Gender;

v. Race or ethnicity; and

vi. Age.

Your request was received in this office on June 7, 2022.  We may need to contact you at a later date to discuss  the scope of your request.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: COW2022003127.  Please cite this number in all future correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system. Your request has been

COW2022003127
Page 2


placed in the simple track (Track 1).

Your request for a fee waiver has been granted.

Consistent with 6 C.F.R. § 5.5(a) of the Department of Homeland Security (DHS) FOIA regulations, USCIS processes FOIA requests according to their order of receipt. Although USCIS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances. Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Additionally, due to the scope and nature of your request, USCIS will need to locate, compile, and review responsive records from multiple offices, both at headquarters and in the field. USCIS may also need to consult with another agency or other component of the Department of Homeland Security that have a substantial interest in the responsive information. Due to these unusual circumstances, USCIS will invoke a 10-day extension for your request pursuant to 5 U.S.C. § 552(a)(6)(B). Please contact our office if you would like to limit the scope of your request or to agree on a different timetable for the processing of your request. We will make every effort to comply with your request in a timely manner.

This office now offers an online delivery option. Visit first.uscis.gov to register this request. You will need to create a MyUSCIS account if you do not already have one. Once logged on, click the "Register Request" link where you will be prompted to enter your control number, COW2022003127, and PIN, 107711. A Compact Disc (CD) for use on your personal computer will be mailed if you do not wish to take advantage of digital delivery. To request your responsive records on paper, please include your control number and write to the above address, Attention: FOIA/PA Officer, or fax them to (802) 860-6908.

The National Records Center (NRC) has the responsibility to ensure that personally identifiable information (PII) pertaining to U.S. Citizenship and Immigration Services (USCIS) clients is protected. In our efforts to safeguard this information, we may request that additional information be provided to facilitate and correctly identify records responsive to your request. Though submission of this information is voluntary, without this information, your request may be delayed while additional steps are taken to ensure the correct responsive records are located and processed. Further, if we are unable to positively identify the subject of the record we may be unable to provide records responsive to your FOIA request.

You may check the status of your FOIA request online at first.uscis.gov/#/check-status. If you have any questions concerning your pending FOIA/PA request, or to check the status of a pending application or petition, please call The National Customer Service Center at (800) 375-5283.  Please be aware that the National Records Center no longer accepts FOIA/PA related questions directly by phone.

All FOIA/PA related requests, including address changes, must be submitted in writing and be signed by the requester.  Questions concerning this FOIA/PA request may be mailed to the FOIA/PA Officer at the PO Box listed at the top of the letterhead or emailed to FOIAPAQuestions@uscis.dhs.gov.  Please include the control number listed above on all correspondence with this office.  You can now submit a new FOIA request online using our new Freedom of Information Act Records SysTem (FIRST). If you wish to submit a new FOIA/PA request, please visit www.uscis.gov/FOIA for instructions and requirements.


Sincerely,

Cynthia Munita
Director, FOIA Operations



**U.S. Citizenship and Immigration Services**

*USCIS FOIA Program*

# You Can Receive the Records You Requested Faster Online

Although you made your initial request by paper, you can still select online delivery to receive your records faster, online.

## If You Don't Select Online Delivery

You will need to wait for the records you requested to arrive by U.S. mail, requiring additional time for transit and receiving. These records will be on a CD-ROM, so you will need to use a computer with an optical drive to view them, instead of accessing them online as soon as they are available.

## How to Select Online Delivery

1. Find your case number and PIN printed on your request acknowledgment letter;
2. Visit *uscis.gov/foia* to login to your USCIS online account or create one;
3. Once logged-in, select "FIRST", then click on "My Requests";
4. Complete the "Register Case by PIN" screen and click the "Register Case" button; and
5. Login to your account to check the status of your request and receive your records.

## Benefits of Selecting Online Delivery

- Access your records faster than by mail;
- Respond faster if we ask you to give more information;
- Get an update by email when your request moves forward;
- Work with your representative through their USCIS online account;
- View your records online from a smartphone, tablet, or computer; and,
- Keep access to your records online and print them whenever you need.

## Make Your Next Request Faster, Easier Online

Whether you are a U.S. citizen, an applicant, or an immigration attorney, our online Freedom of Information Act (FOIA) and Privacy Act (PA) services are a far more efficient way for you to receive records. Making your future FOIA and PA requests online, delivers your records faster and helps us improve our operations to better serve you, the immigration community, and the American people.